

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of V.G.R., a Child

No. 06-20-00060-CV

Appeal from the 330th District Court of Dallas County, Texas (Tr. Ct. No. DF-16-14180).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 14, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk